UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUSIANA

IN RE: MASSAN SHIPPING INDUSTRIES          BANKRUPTCY CASE NO. 97-17167

DEBTOR: MICHAEL H. BARRIE                  CHAPTER 11

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, MICHAEL H. BARRIE, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On November 29, 2004, the trustee of this estate deposited the sum of $774.04 belonging to MICHAEL H. BARRIE, with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to Michael H. Barrie at the following address: P.O. Box 1164, Mobile, Alabama 36633.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

February 18, 2010

_[signature]_
MICHAEL H. BARRIE
P.O. Box 1164
Mobile, Alabama 36633
251-421-5125
Michael.Barrie@MHBarrie.com

Subscribed and Sworn Before Me this _18TH_ day of _FEBRUARY_, 20_10_.

_[signature]_
Notary Public in and for the State of _____
My Commission expires: _____

Jeannie M. Paradise
My Commission Expires
09-04-2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: MASSAN SHIPPING INDUSTRIES			BANKRUPTCY CASE NO. 97-17167

DEBTOR: MICHAEL H. BARRIE			CHAPTER

CERTIFICATE OF SERVICE

I, MICHAEL H. BARRIE, certify that on February 18, 2010, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United State Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

MICHAEL H. BARRIE
P.O. Box 1164
Mobile, Alabama 36633
251-421-5125
Michael.Barrie@MHBarrie.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: MASSAN SHIPPING INDUSTRIES    BANKRUPTCY CASE NO. 97-17167

DEBTOR: MICHAEL H. BARRIE    CHAPTER

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The court has considered the Motion for Payment of Unclaimed Funds filed by MICHAEL H. BARRIE, P.O. Box 1164, Mobile, Alabama 36633 requesting payment of unclaimed funds in the amount of $774.04. The motion and the documents attached establish that the claimant is entitled to the unclaimed funds and that proper notice of the motion was given to the United States Attorney for the Eastern District of Louisiana. Accordingly,

IT IS ORDERED that the Motion for Payment of Unclaimed Funds is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court issue a check payable to MICHAEL H. BARRIE in the amount stated above and mail the check to the above address.

New Orleans, Louisiana, _____

_____
U.S. BANKRUPTCY JUDGE